

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

RECEIVED FEB 29 2008 CHAMBERS OF RICHARD J. HOLWELL

February 29, 2008

By Fax
The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312
Fax #: 212-805-7948

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Re: Brown v. Flynn, 07-Civ-9789 (RJH) (pro se)

Dear Judge Holwell,

On behalf of defendants, the Division of Parole and some of its employees, this Office respectfully requests an extension from February 29 to April 18, 2008, of the time to serve an answer or motion to dismiss in the above captioned matter. The Court has granted one prior extension request. Plaintiff consents to the request.

This case involves conditions placed on plaintiff parolee restricting his driving privileges. Before embroiling the parties and the Court in the burdens of litigation, this Office proposed that plaintiff and the Division of Parole conduct a meeting which may resolve at least some of the disputes raised in the Complaint. Plaintiff agrees to holding such a meeting. In order to promote frank discussion, the meeting would be covered by F.R.E. 408, which generally prohibits parties from using the contents of settlement discussions as evidence in a civil case. The time requested for the extension reflects the estimated time needed to set up the conference.

Application Granted
SO ORDERED
[signature] Richard Holwell
USDJ
3/12/08

Respectfully Submitted

[signature]
Steven N. Schulman (SS-3894)
Assistant Attorney General
(212) 416-8654

cc: By Post
Sherman Brown (Pro se)
103 Ryan St., Apt. A-2
Port Jervis, New York 12771