```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERMAN EMANUEL BROWN,

                      Plaintiff,

    -against-

RITA FLYNN, et al.,

                     Defendants,

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9789 (RJH) (THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _x_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | *Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction). Purpose: |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:* | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | *Settlement | _x_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation): *motion to further amend* |
| ___ | Inquest After Default/Damages Hearing | _■_ | All such motions |

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
        May 15, 2008

                                            Richard J. Holwell
                                            United States District Judge