

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

**MEMO ENDORSED**

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel
JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

By Fax                                                    May 19, 2008
The Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007
Fax: 212-805-7932

> USDC SDNY
> DOC[...]
> ELE[...]ALLY FILED
> DOC #
> DATE F[...]   5/21/08

Re:   Brown v. Flynn, 07-Civ-9789 (RJH)(THK) (pro se)

Dear Judge Katz,

This Office expects to file an answer in the above captioned matter as to three of the four defendants tomorrow, May 20, 2008, but respectfully requests a six week extension on the time to respond to the complaint for defendant Rita Flynn, from May 20 to July 1, 2008.

As the undersigned informed the Court in defendants' previous extension application of April 14, 2008, because defendant Flynn is a plaintiff in a Title VII action against the Division of Parole, Flynn v. N.Y.S. Division of Parole, 07-Civ-5821 (WCC)(MDF), a conflict of interest analysis was needed to determine whether this Office could represent Flynn in this case. Certification for outside counsel has been approved by the Bureau Chief and awaits a final determination by the Assistant Deputy Attorney General for State Counsel. Although this final determination is anticipated shortly, additional time is needed for Ms. Flynn to obtain the outside counsel. In the interim, plaintiff can proceed with document requests and interrogatories directed at the other defendants. The Court has granted three extension requests as to all defendants, only the last request involved the conflict issue. Plaintiff's consent has not been sought because of his current incarceration status.

Finally, plaintiff has submitted a motion for leave to file a Second Amended Complaint, which was not served on this office. Rather, plaintiff's Affirmation of Service expressly requested that the Pro Se Clerk forward a copy to me, which, to my knowledge, did not occur. Because the motion does not identify the new facts he seeks to allege, defendants respectfully request that plaintiff's motion be denied.

Respectfully Submitted,

Steven N. Schulman (SS-3894)
Assistant Attorney General
(212) 416-8654

cc:   By Post
      Sherman Brown (Pro se)
      # 2008-01530
      Orange County Jail
      100 Wells Farm Road
      Goshen, New York 10924

*Defendant Flynn's response to the complaint shall be filed by July 1, 2008.*

*So ordered*
*Theodore H. Katz*
*5/21/08   USMJ*

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

COPIES MAILED
TO COUNSEL OF RECORD ON   5/21/08