**MEMO ENDORSED**

Sherman Brown
Orange County Jail
110 Wells Farm Road
Goshen, New York 10924

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/5/08

May 28, 2008

By Post
The Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

Re:  Brown v. Flynn, et.al  07-Civ-9789 (RJH) (THK) pro se

Dear Judge Katz,

I, plaintiff, Sherman E. Brown, have received yesterday, (5-27-08), the answer from the defendants' in the above captioned matter. Said answer was for three (3) of the four (4) defendants, Cathy Graham, aka Kathleen Graham, Dave Bush and Gayle Walthall. Defendant Rita Flynn, is due to respond July 1, 2008.

I am writing to express to the Court that plaintiff is requesting permission to respond in opposition to said answers after receiving defendant Flynn's answer. Reason being, in an important aspect, is that plaintiff is now held on parole violation charges in county jail. Plaintiff has a scheduled parole hearing date of June 24, 2008. It is quite possible that plaintiff will be "in-transit" moving from county jail to state prison, which is a very tedious transition that will take time for plaintiff to become settled and for plaintiff's legal work to catch up to plaintiff.

Plaintiff has not made any previous extension of time applications to the Court in this matter. This is plaintiff's first application request and is respectfully requesting an extension of six (6) weeks past July 1, 2008 to August 15, 2008.

cc:  Steven N. Schulman
     Asst. Attorney General
     120 Broadway, NY, NY;
     Pro Se Office, room # 230
         USDC, SDNY.
     500 Pearl Street NY, NY.

Respectfully Submitted
*Sherman E. Brown* [signature]
Sherman E. Brown

*[Handwritten endorsement:]* There is no need to respond to an Answer. If Defedts move to dismiss, Plaintiff's response to the motion shall be filed by August 15, 2008. You must keep the Court and Defedts advised of your address. So ordered, /s/ THK 6/4/08 USMJ

COPIES MAILED TO COUNSEL OF RECORD ON  6/5/08