# MEMO ENDORSED



*[Stamp: U.S. DISTRICT COURT FILED APR 28 2008 S.D. OF N.Y.]*

*#11*

**PRO SE OFFICE**

JS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHERMAN BROWN,
                        Plaintiff,

    PLAINTIFF'S NOTICE OF MOTION
    FOR 2ND AMENDED COMPLAINT
    07-Civ-9789 (RJH) pro se

-against-

RITA FLYNN; et.al;
                        Defendant's.
-----------------------------------------------------------x

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/15/08]*

STATE OF NEW YORK)
                         ss:
COUNTY OF ORANGE)

I, Sherman Brown, affirm the following, being duly sworn deposes and says:

1. I am the Plaintiff in this action, and respectfully submit this motion for a second amended complaint.

2. I have personal knowledge of the facts which bear on this motion because I am presently under parole supervision of the State of New York and a victim of the defendant's deliberate indifference to Plaintiff's serious medical needs.

3. Plaintiff is requesting a second amended complaint in this action due to important facts that are not mentioned in the first amended complaint.

Wherefore: Plaintiff prays that Your Honor will accept Plaintiff's request for a second amended complaint in the above captioned action.

*COPIES MAILED TO COUNSEL OF RECORD ON 7/15/08*

Plaintiff Pro Se
SHERMAN BROWN
Orange County Jail
110 Wells Farm Road
Goshen, New York 10924

**SO ORDERED**

7/15/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

*Handwritten endorsement:* Plaintiff's motion is denied, as Plaintiff failed to submit a Proposed Second Amended Complaint for the Court's and Defendants' review. If Plaintiff still seeks to amend the Complaint, he should first submit a copy of the Proposed Second Amended Complaint to the Court and Defendants' counsel.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

SHERMAN BROWN,
                Plaintiff,

                                          AFFIRMATION OF SERVICE

                                          07-Civ- 9789 (RJH)  pro se

      -against-

RITA FLYNN, et.al;
                Defendant's.
_____X

      I, Sherman Brown, declare under penalty or perjury that I served a copy of the attached motion for a second amended complaint upon the Pro Se Office of the United States District Court, Southern District of New York, to be filed and served upon the Honorable Richard J. Howell, United States District Judge, Southern District of New York. Address: 500 Pearl Street, Room 1950. New York, New York 10007-1312

*Pro Se Clerk, please file enclosed motion and affirmation of service and forward a courtesy copy of same to Mr. Schulman, (4398) Assistant Attorney General of the State of New York at 120 Broadway, New York, New York.

                                                                Thank You

Dated:   April 23, 2008
           Goshen, New York

                                                                Plaintiff Pro Se
                                                                Sherman Brown
                                                                Orange County Jail
                                                                110 Wells Farm Road
                                                                Goshen, New York 10924