```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHERMAN E. BROWN,                   :
                                    :
                Plaintiff,          :
                                    :  07 Civ. 9789(RJH)(THK)
        -against-                   :
                                    :         ORDER
                                    :
RITA FLYNN, Parole Officer, et al.  :         Pro Se
                                    :
                                    :
                Defendants.         :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a pretrial telephone conference shall be held on September 5, 2008 at 11:30 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Sherman E. Brown, No. 2008-01530, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: August 7, 2008
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 8/7/08